(February 7, 1995)

■ MICHAEL ESPOSITO, Respondent, v BOWNE OF NEW YORK CITY, INC., Appellant. [623 NYS2d 100] —Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about September 16, 1993, unanimously affirmed for the reasons stated by Altman, J., without costs and disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Wallach, Kupferman and Asch, JJ.